|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |

STEVEN A. PEMBERTON,

           Plaintiff,

  v.

DEPARTMENT OF CORRECTIONS, et al.,

           Defendants.

CASE NO. C20-5760 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff's motion is to voluntarily dismiss is **GRANTED**;

ORDER - 1

(3) Plaintiff's in forma pauperis status is **REVOKED** for the purposes of appeal; and

(4) The Clerk shall close this case.

Dated this 9th day of November, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge